RECEIVED

JUL 19 2023

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Zahid N. Quraishi |
| v. | Crim. No. 23-507 |
| JUAN MONTAS | **SCHEDULING ORDER** |

This matter having come before the Court for arraignment; and the United States being represented by Philip R. Sellinger, United States Attorney for the District of New Jersey (by Hyungjoo Han, Special Assistant U.S. Attorney, appearing); and the Defendant being represented by Adam Axel, Esq., Assistant Federal Public Defender; and the parties having met and conferred prior to arraignment and having determined that this matter may be treated as a criminal case that does not require extensive discovery within the meaning of paragraph 3 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having agreed on a schedule for the exchange of discovery and the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

It is on this 19th day of July, 2023, ORDERED that:

1. The Government shall provide all discovery required by Federal Rule of Criminal Procedure 16(a)(1) on or before **August 9, 2023.**

2. The Government shall provide exculpatory evidence, within the meaning of Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, on or before **August 9, 2023.** Exculpatory evidence that becomes known to the Government after that

date shall be disclosed reasonably promptly after becoming known to the Government.

    3. The Defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before **August 16, 2023**.

    4. The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before **August 23, 2023**.

5. The following shall be the schedule for pretrial motions in this matter:

    a) Any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, shall be filed on or before **October 19, 2023**;

    b) Responses to the pretrial motions shall be filed on or before **November 16, 2023**;

    c) Replies shall be filed on or before **December 1, 2023**;

    d) Oral argument on pretrial motions shall be held on a date to be set by the Court.

_____
Honorable Zahid N. Quraishi
United States District Judge


Consented to as to form and entry:

/s/ Hyungjoo Han
_____
Hyungjoo Han
Special Assistant U.S. Attorney


_____
Adam Axel, Esq.
Assistant Federal Public Defender